

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Charles T. Banister
Criminal District Attorney
Corsicana, Texas

Dear Sir:

Opinion No. O-1095
Re: Whether a school board may
employ the wife of a man who is
the brother of the wife of one
of the board members.

We are in receipt of your letter of July 3, 1939, wherein you request our opinion as to whether or not it would be in violation of Article 432 of the Penal Code for the trustees of a common school district to employ (presumably as a teacher) the wife of a man who is the brother of the wife of one of the trustees.

Article 432 of the Penal Code provides that no officer of any school district or other municipal subdivision of this State shall appoint or vote for the appointment to any position of any person related within the second degree by affinity or within the third degree by consanguinity to the person so appointing or so voting or to any other member of any such board when the compensation of such appointee is to be paid for out of or from public funds of any kind or character whatsoever, and Article 433, Penal Code, provides that the inhibitions set forth above shall apply to public school trustees.

The only question, therefore, presented is whether the person mentioned by you is related to the trustee within the second degree by affinity or within the third degree by consanguinity. As said in the Ohio case of Chinn vs. State, 26 N.E. 986; 11 L.R.A. 630, "Affinity is that tie which arises in consequence of marriage betwixt one of the married pair and the blood relations of the other; . . . there is no affinity between the husband's brother and the wife's sister, which is called by the doctors affinites affinitatis, because then the connection is formed, not between one of the spouses and the kinsmen of the other, but between the kinsmen of both."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT



Hon. Charles T. Banister, Page 2

      This was quoted with approval in the case of Seabrook
v. First National Bank of Port Lavaca, 171 S. W. 247, wherein it
was held that a district judge whose wife and the wife of one W. C.
Noble were cousins was not related to Mr. Noble by affinity.
Blood relations of the husband are not related to the blood relations
of the wife. 2 C. J. 378. Our answer to your question is that said
Article 432 would not be violated by the employment which you mention.

                       Yours very truly

              ATTORNEY GENERAL OF TEXAS

              By

                    Glenn R. Lewis
                      Assistant

APPROVED JUL 14, 1939
GRL:N

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY WRK
CHAIRMAN